EMIL V. BENVENUTO *v.* RAMESH MAHAJAN ET AL.

The petition of the defendants Ramesh Mahajan and Rupila Mahajan for certification for appeal from the Appellate Court, 52 Conn. App. 904 (AC 18826), is denied.

*Kenneth R. Davis*, in support of the petition.

*Christopher B. Carveth*, in opposition.

Decided June 9, 1999